UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREW ROBERT COATS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| UNITED STATES OF AMERICA, | ) | 3:19-CV-1277-G-BT |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
<u>RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 9, 2022.  The court has reviewed the Findings, Conclusion, and Recommendation for plain error and has found none.

It is, therefore, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED.**

March 30, 2022.

_____
A. JOE FISH
Senior United States District Judge